# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2475
Lower Tribunal No. 2018-CA-4325-O

_____

JESUS ELDO TACORONTE and DANIELLE TACORONTE,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST CO, as Indenture Trustee, for NEW CENTURY HOME EQUITY LOAN TRUST 2005-1, IBERIABANK, AVALON PARK PROPERTY OWNERS ASSOCIATION, INC., and SCOTT VACHON,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


Tanner Andrews, of Tanner Andrews, P.A., DeLand, for Appellants.

Eric M. Levine and Adam G. Schwartz, of Atlas | Solomon, PLLC, Stuart, for Appellee, Deutsche Bank National Trust Co, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1.

No Appearance for Appellees, Iberiabank, Avalon Park Property Owners Association, Inc., and Scott Vachon.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED